# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:15-CV-01085-MA |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE AND CERTIFICATE OF REASONABLE CAUSE |
| SIX (6) REAL PROPERTIES (DEFENDANT REAL PROPERTIES), LOCATED IN ORANGE COUNTY, STATE AND DISTRICT OF CALIFORNIA, WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS *in rem*, | |
| To include a sub Res of $4,778,184.02, *in rem*, | |
| Defendants. | |

Based upon this Court's Order of Default entered August 28, 2015, and on the

Settlement Agreement filed on December 1, 2016, and on this Court granting an

Order Substituting $4,778,184.02 as a substitute *res* for the two defendant real

properties located at 16667 Bolero Lane, Huntington Beach, California, and 16142

**Final Judgment of Forfeiture**                                                            Page 1

Harbor Boulevard, Fountain Valley, California; and on the records and files in this action:

IT IS ORDERED AND ADJUDGED that this Court has subject matter jurisdiction, and $350,000.00 in U.S. currency, a portion of the defendant, *in rem*, $4,778,184.02 in U.S. currency, is condemned and forfeited to the United States of America, free and clear of the claims of any and all persons claiming any right, title, or interest in or to this defendant, including claimants Be Tu Thi Pham and Thien Thi Pham. The United States Internal Revenue Service is directed to immediately transfer the custody and possession of $350,000.00 in U.S. currency, representing a portion of the defendant, $4,778,184.02 in U.S. currency, *in rem*, to the Secretary of the Treasury for disposition in accordance with applicable statutes and regulations and provisions of this judgment.

Pursuant to the December 1, 2016, Settlement Agreement, the United States Internal Revenue Service shall return $4,428,184.02 of the defendant, *in rem*, $4,778,184.02 in U.S. currency, including interest as calculated by the Department of Treasury, to claimants Be Tu Thi Pham and Thien Thi Pham.  Payment shall be made by the United States by way of a deposit into the Trust Account of Angeli Ungar Law Group, Attorney for claimants.

The United States will remove the lis pendens on the four remaining defendant real properties when the Court approves this Final Judgment of Forfeiture.

**Final Judgment of Forfeiture**                                      **Page 2**

Additionally, pursuant to 28 U.S.C. § 2465(a)(2), this Court CERTIFIES that there was reasonable cause for the seizure and arrest of the property and neither the persons who made the seizure or arrest nor the prosecutors shall be liable to suit or judgment on account of such suit or prosecution.

The parties will each bear their own costs and attorney's fees incurred in prosecuting and defending this action.

DATED this ___6___ day of December 2016.


*Malcolm F. Marsh*
**HONORABLE MALCOLM F. MARSH**
United States District Judge

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

*s/Katie de Villiers*
KATHERINE DE VILLIERS
Assistant United States Attorney